IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRANDON DUCK, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    CIVIL CASE NO. 3:24-cv-222-ECM |
| | ) |
| PNC BANK, | ) |
| | ) |
|    Defendant. | ) |

**O R D E R**

On December 13, 2024, the Magistrate Judge entered a Recommendation (doc. 42) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 42) is ADOPTED;

2. The Defendant's motion for judgment on the pleadings (doc. 13) is DENIED;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 14th day of January, 2025.

                                                          /s/ Emily C. Marks
                                                      EMILY C. MARKS
                                                      CHIEF UNITED STATES DISTRICT JUDGE